UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ESTABAN SAVINON,                              :
a/k/a Esteban Sabinon
                        Petitioner,           :        09 Civ. 2529 (PKC)(DF)

        -against-                             :        **ORDER**

LAWRENCE SEARS, Superintendent,               :

                        Respondent.           :
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/09

**DEBRA FREEMAN, United States Magistrate Judge:**

        This case having been referred by the Honorable Kevin P. Castel, U.S.D.J., and the Court

having examined the petition in this action pursuant to 28 U.S.C. § 2254 and concluded that the

petition should not be summarily dismissed pursuant to Rule 4 of the Rules Governing

Section 2254 Cases in the United States District Courts, it is hereby ORDERED that:

        1.      Pursuant to Rule 4, the respondent shall serve and file an answer or motion no

later than June 23, 2009.  Responding papers shall include the transcripts and records of all

relevant trial and post-conviction proceedings, the briefs submitted on appeal, and such other

information as may be necessary for this Court to determine whether petitioner has exhausted his

state remedies.

        2.      Petitioner shall serve and file reply papers, if any, no later than July 23, 2009.

        3.      Pursuant to Rule 4, the Clerk of the Court shall serve upon the Attorney General

of the State of New York and the District Attorney of New York County, by certified mail, a

copy of this Order, the petition, any documents filed in support of the petition, and the form for

consent to proceed before a United States Magistrate Judge.  If both parties consent to refer this

case to a United States Magistrate Judge for all purposes, the consent form should be executed

and returned to the Court.

Dated:   New York, New York
       April 24, 2009

                          SO ORDERED

                          DEBRA FREEMAN
                          United States Magistrate Judge

Copies To:

Hon. Kevin P. Castel
United States District Judge

Mr. Esteban Savinon
a/k/a Mr. Esteban Sabinon
05-A-5289
Ogdensburg Correctional Facility
One Correctional Way
Ogdensburg, NY 13669